IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAVID BELENZON, | CV 23–69–M–DWM |
| Plaintiff, | |
| vs. | ORDER |
| PAWS UP RANCH, LLC d/b/a RESORT AT PAWS UP and JOHN DOES 1-10, | |
| Defendants. | |

Pro hac vice counsel for Plaintiff David Belenzon having moved for leave to appear at the preliminary pretrial conference via Zoom,

IT IS ORDERED that the motion (Doc. 12) is DENIED. The in-person attendance of local counsel with the authority to enter stipulations on Plaintiff's behalf is sufficient.

DATED this 19th day of July, 2023.

Donald W. Molloy, District Judge
United States District Court