IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAVID BELENZON,<br><br>        Plaintiff,<br><br>vs.<br><br>PAWS UP RANCH, LLC d/b/a RESORT AT PAWS UP and JOHN DOES 1-10,<br><br>        Defendants. | CV 23–69–M–DWM<br><br>ORDER |

The Court having been notified of the settlement of this case, and it appearing that no issue remains for the Court's determination,

IT IS ORDERED that within 30 days of the date of this Order, the parties shall file a stipulation to dismiss together with a proposed order dismissing the case.

IT IS FURTHER ORDERED that all deadlines are VACATED and any pending motions are DENIED as moot. The jury trial set for June 24, 2024, is VACATED.

DATED this 15th day of April, 2024.

_____
Donald W. Molloy, District Judge
United States District Court