IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAVID BELENZON,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>PAWS UP RANCH, LLC d/b/a RESORT AT PAWS UP and JOHN DOES 1-10,<br><br>　　　　　Defendants. | CV 23–69–M–DWM<br><br><br>ORDER |

On April 15, 2024, the trial schedule was vacated and a deadline set for the parties to file their dismissal papers in light of settlement. (Doc. 55.) That deadline having passed with no further filings,

IT IS ORDERED that the parties must file their dismissal papers on or before May 24, 2024. The failure to do so will result in the case being placed back on the Court's active trial docket with the original trial setting and deadlines.

DATED this 20th day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court