IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| DAVID BELENZON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>PAWS UP RANCH, LLC d/b/a RESORT AT PAWS UP and JOHN DOES 1-10,<br><br>　　　　　　Defendants. | CV 23–69–M–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 21st day of May, 2024.

_____
Donald W. Molloy, District Judge
United States District Court